CITY OF NEW YORK, Respondent, v. BROOKLYN HEIGHTS R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by the City of New York against the Brooklyn Heights Railroad Company and others. C. L. Woody, of Brooklyn, for appellants. T. Farley, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CITY OF NEW YORK, Appellant, v. JAMISON, Respondent. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by the City of New York against William A. Jamison. J. F. O'Brien, of New York City, for appellant. F. L. Durk, of Brooklyn, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CLANCY v. NIAGARA FALLS HYDRAULIC POWER & MFG. CO. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Lee E. Clancy, by guardian, etc., against the Niagara Falls Hydraulic Power & Manufacturing Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

KRUSE, P. J., dissents.

CLARKE, Respondent, v. FORTY-SECOND ST., M. & ST. N. AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Gladstone Clarke, an infant, etc., against the Forty-Second Street, Manhattanville & St. Nicholas Avenue Railroad Company. F. J. Moses, of New York City, for appellant. J. I. Cuff, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN and LAUGHLIN, JJ., dissent.

CLARKE v. MILLER et al. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by John T. Clarke against Nathan J. Miller and another. No opinion. Motion granted. Order filed. See, also, 151 N. Y. Supp. 1110; 152 N. Y. Supp. 1104.

CLARKE v. MILLER et al. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by John T. Clarke against Nathan J. Miller and others. S. A. Lowenstein, of New York City, for appellants. L. H. Newkirk, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1104.

CLARKE v. TAYLOR. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by James Rae Clarke against J. Howard Taylor. No opinion. Motion for leave to appeal denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1110; 152 N. Y. Supp. 664.

CLARKIN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Action by Nicholas I. Clarkin against the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

CLEER v. EMPIRE CITY SUBWAY CO. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Mary Cleer against the Empire City Subway Company. No opinion. Application denied, with $10 costs. Order signed.

CODY, Respondent, v. BRADLEY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Margarite A. Cody, administratrix, etc., of Edward Cody, deceased, against the Bradley Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 152 N. Y. Supp. 1104.

CODY, Respondent, v. BRADLEY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1915.) Action by Margarite A. Cody, as administratrix, etc., against the Bradley Contracting Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. See, also, 152 N. Y. Supp. 1104.

COHEN v. ILLINOIS SURETY CO. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Ida Cohen, suing, etc., against the Illinois Surety Company. No opinion. Motion granted; questions to be settled on settlement of order. Settle order on notice.

COHEN et al., Respondents, v. LUKATHER, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Charles M. Cohen and another against Rose Lukather, impleaded with others. L. B. Cohen, of New York City, for appellant. S. C. Steinhardt, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

COLLIGAN, Respondent, v. F. W. WOOLWORTH CO., Appellant. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Sarah E. Colligan against the F. W. Woolworth Company. C. V. Pallister, of New York City, for appellant. F. J. Sullivan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COLUMBIA–KNICKERBOCKER TRUST CO. v. WAINWRIGHT et al. (No. 7103.) (Supreme Court, Appellate Division, First Department. April 1, 1915.) Appeal from Special